IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GENSPERA, INC.                           *

            Plaintiff           *

            vs.                 *      CIVIL ACTION NO. MJG-12-772

ANNASTASIAH MHAKA                        *

            Defendant           *

*       *       *       *       *       *       *       *       *

SCHEDULING ORDER

In accordance with the proceedings held in this matter on

this date:

1.    The parties shall make Rule 26(a) disclosures by
      July 15, 2012.

2.    Fact discovery shall be completed by October 1, 2012.

3.    Expert discovery shall proceed as follows:

      a.  By October 15, 2012, each party shall:

          (1)  Advise each adverse party of the identity of
               all proposed expert witnesses as to matters
               on which the proposing party bears the
               burden of proof.

          (2)  Provide Rule 26(a)(2) information.

          (3)  Advise each adverse party of dates on which
               each expert shall be available for
               deposition.

      b.  By November 5, 2012, each party shall:

          (1)  Advise each adverse party of the identity of
               any proposed expert witnesses not identified
               in the previous submission.

(2)   Provide Rule 26(a)(2) information.

(3)   Advise each adverse party of dates on which each expert shall be available for deposition.

4.   Expert Discovery shall be completed by December 1, 2012.

5.   As to summary judgment motions:

a.   In view of the nature of the issues remaining in the instant case, no summary judgment motions shall be filed without leave of Court.

b.   As soon as feasible but, in any event, no later than December 10, 2012, any party wishing to file a summary judgment motion shall provide the Court a one page summary of each asserted issue on which summary judgment is sought.

c.   The Court shall conduct a conference with counsel prior to deciding which, if any, of the proposed grounds should be considered for possible summary judgment.

d.   If there are summary judgment proceedings, the Court shall issue a further Order regarding summary judgment procedures and further scheduling.

6.   If there are no summary judgment proceedings, the case shall proceed to trial as follows:

a.   The Pretrial Order and any motions in limine shall be filed by Friday of the week commencing three weeks prior to the start of the trial.

b.   Plaintiff shall arrange a pretrial conference that can be attended by telephone, to be held during the week commencing fourteen days prior to the start of trial.

2

c.   Trial shall be held during the period February 4
     through 22, 2013 with an estimated duration of
     four to five trial days.

     (1)   The parties shall, until further notice,
           remain available for trial at any time
           during the aforesaid period.

     (2)   The Court will provide the parties with a
           more precise trial date as soon as feasible.


SO ORDERED, on Wednesday, April 25, 2012.


                              _____/s/___   __ _
                                   Marvin J. Garbis
                              United States District Judge